In re:  Case No. 22-07803-SHG
MATTHEW JOHN ALAN HARLOW  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4     User: admin     Page 1 of 3
Date Rcvd: Nov 22, 2022     Form ID: 309A     Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MATTHEW JOHN ALAN HARLOW, 3357 N. COUNTRY CLUB RD. #28, TUCSON, AZ 85716-1366 |
| 16851477 | #+ | ADEEDO, 8599 VENICE BLVD., Los Angeles CA 90034-2554 |
| 16851478 | | AFANG SOONLEADER, 23# 3RD ROAD, PUXINHU,, CENTER BUSINESS STREET, TANGXIA TOWN, DONGGUAN, GONGGUAN CHINA |
| 16851479 | | AFS/IBEX A DIVISION OF METABANK, P.O. BOX 100045, Pasadena CA 91189-0030 |
| 16851480 | + | ALAN KEMPNER, 7415 E. LINCOLN DR., Scottsdale AZ 85250-4636 |
| 16851481 | + | AMAZON STORE, C/O ALTUS RECEIVABLES MANAGEMENT, 2400 VETERANS MEMORIAL BLVD. STE. 300, Kenner LA 70062-8725 |
| 16851484 | + | ATHENS, 14048 E. VALLEY BLVD., CITY OF INDUSTRY CA 91746-2801 |
| 16851485 | + | BEST OF SHOW, 7750 NE SPANISH TRAIL CT, Boca Raton FL 33487-1718 |
| 16851486 | + | BRANDWISE, 12596 W. BAYAUD AVE. STE. 100, LAKEWOOD CO 80228-2035 |
| 16851487 | + | CALCOMP, 6703 INTERNATIONAL AVE., Cypress CA 90630-5112 |
| 16851488 | | CAPITAL ONE, P.O. BOX 503. STN. D, SCARBOROUGH, ON M1R 5L 1 |
| 16851490 | + | CARUSO, 101 THE GROVE DRIVE, Los Angeles CA 90036-6221 |
| 16851492 | | CLEARBANC, 33 YONGE ST, SUITE 1100, TORONTO, ON M5E 0A9 |
| 16851494 | + | CONSUMER TECHNOLOGY ASSOCIATION, 1919 S. EADS STREET, Arlington VA 22202-3028 |
| 16851495 | + | COTTONWOOD TUCSON, 4110 SWEETWATER DR, Tucson AZ 85745-9348 |
| 16851496 | + | DHL EXPRESS (USA) INC, 16592 COLLECTIONS CENTER DR., Chicago IL 60693-0001 |
| 16851497 | + | DiCENTRAL, 1199 NASA PKWY, STE 101, Houston TX 77058-3301 |
| 16851498 | + | ESPRIT MARINA DEL REY, 13900 MARQUESAS WAY, Marina Del Rey CA 90292-6023 |
| 16851500 | + | EXPRESS STAFFING, 6245 BRISTOL PKWY, Culver City CA 90230-6903 |
| 16851501 | + | EXPRESS TRADE, 1410 BROADWAY, STE 2600, New York NY 10018-5007 |
| 16851502 | + | FEDEX, 200 N PACIFIC COAST HWY, STE 800, El Segundo CA 90245-5622 |
| 16851503 | + | FINNEGAN HENDERSON FARABOW, GARRETT & DUNNER, 901 NEW YORK AVENUE NW, Washington DC 20001-4435 |
| 16851504 | | FOX ROTHSCHILD LLP, 2000 MARKET STREET, 20TH FLOOR, Philadelphia PA 19103-3291 |
| 16851506 | | GIN YOUNG GROUP/SUCCESS LUCK INTL., 23742 NO.79 ZHENGYI ST., SANSIA DIST. NEW TAIPEI CITY, TAIWAN |
| 16851507 | #+ | GURSTEL LAW FIRM P.C., 3914 MURPHY CANYON RD. #A 162, San Diego CA 92123-4415 |
| 16851508 | + | H. MARSHALL HENNINGTON, 759 LAKESHORE DRIVE, Brookeland TX 75931-6260 |
| 16851511 | + | IOU FINANCIAL, INC, 600 TOWNPARK LN, SUITE 100, Kennesaw GA 30144-3736 |
| 16851512 | + | LADWP, P.O. BOX 30808, Los Angeles CA 90030-0808 |
| 16851513 | + | LAW OFFICE OF RICHARD A GROSSMAN, P.O. BOX 343, Simi Valley CA 93062-0343 |
| 16851515 | + | MICHAEL & ASSOCIATES, PC, 555 ST. CHARLES DRIVE, STE. 204, Thousand Oaks CA 91360-3992 |
| 16851516 | + | NETSUITE, BANC OF AMERICA LEASING & CAPITAL LLC, 2600 WEST BIG BEAVER, STE. 200, Troy MI 48084-3323 |
| 16851518 | + | ONE PIERCE PLACE, STE 700, Itasca IL 60143-1253 |
| 16851519 | #+ | OPENTEXT, 2440 SAND HILL ROAD STE 301 & 302, Menlo Park CA 94025-6900 |
| 16851520 | + | PAX, 9528 RUSH ST. #C, South El Monte CA 91733-1551 |
| 16851523 | | PURE LONDON TRADE SHOW/THE STUDIOS, 2 KINGDOM STREET, W2 6JG, LONDON, UNITED KINGDOM |
| 16851525 | + | REVEEL, 4521 CAMPUS DR., STE. 400, Irvine CA 92612-2621 |
| 16851526 | + | RIVAL SOURCING LLC, 105 N FULTON ST, Ojai CA 93023-2883 |
| 16851527 | | SCOTTSDALE EMERG ASSOC, LTD, PO BOX 98601, Las Vegas NV 89193-8601 |
| 16851528 | | SHENZHEN GK TECHNOLOGY CO, 2F/A1 BLDG BLUE SKY TECHNOPARK LOUGANG R, SONGGANG TOWN, SHENZHEN, CHINA 518105 |
| 16851530 | | SHOPIFY CAPITAL, 150 ELGIN STREET, 8TH FLOOR, OTTAWA, ONTARIO CANANDA K2P 1LA |

| | | |
|---|---|---|
| 16851532 | | SOCAL GAS, P.O. BOX 1626, Monterey Park CA 91754-8626 |
| 16851533 | | SPECTRUM, MCCARTHY BURGESS AND WOLF, 26000 CAMMPM RD, Bedford OH 44146 |
| 16851534 | + | STAFFMARK INVESTMENT LLC, P.O. BOX 734575, Chicago IL 60673-4575 |
| 16851535 | + | SWIFT HARVEST USA, LLC, P.O. BOX 343, Simi Valley CA 93062-0343 |
| 16851536 | + | SYNCWARE, 1901 PROSPECTOR AVE. #24, Park City UT 84060-7320 |
| 16851540 | + | TSC AGENCY LLC, 140 HORTON DRIVE, Monsey NY 10952-2887 |
| 16851544 | + | VIACOM, 1515 BROADWAY, New York NY 10036-8901 |
| 16851545 | | WATERLOGIC AMERICAS LLC, P.O. BOX 67786, Dallas TX 75267-7867 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: heciii@haroldcampbell.com | Nov 22 2022 22:52:00 | HAROLD 2 CAMPBELL, HAROLD E. CAMPBELL, P.C., 910 W McDOWELL RD, PHOENIX, AZ 85007 |
| tr | + EDI: QSJKARTCHNER.COM | Nov 23 2022 03:43:00 | STANLEY J KARTCHNER, 7090 N ORACLE RD #178-204, TUCSON, AZ 85704-4333 |
| smg | EDI: AZDEPREV.COM | Nov 23 2022 03:43:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16851482 | + Email/PDF: bncnotices@becket-lee.com | Nov 22 2022 23:01:11 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso TX 79998-1537 |
| 16851483 | + Email/PDF: bncnotices@becket-lee.com | Nov 22 2022 23:01:13 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 16851489 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 22 2022 22:53:00 | CARMAX, P.O. BOX 440609, Kennesaw GA 30160 |
| 16851505 | + Email/Text: Brianna@gogc.com | Nov 22 2022 22:53:00 | GENEVA CAPITAL, 1311 BROADWAY STREET, Alexandria MN 56308-2533 |
| 16851517 | Email/Text: bankruptcy@ondeck.com | Nov 22 2022 22:53:00 | ON DECK CAPITAL, 1400 BROADWAY, 25TH FLOOR, New York NY 10018-5225 |
| 16851521 | + EDI: RMSC.COM | Nov 23 2022 03:43:00 | PAYPAL CAPITAL, ATTN: EXECUTIVE ESCALATION, P.O. BOX 5018, Lutherville Timonium MD 21094-5018 |
| 16851522 | EDI: PRA.COM | Nov 23 2022 03:43:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 16851524 | + Email/Text: ngisupport@radiusgs.com | Nov 22 2022 22:53:00 | RADIUS GLOBAL SOLUTIONS, PO BOX 390905, Minneapolis MN 55439-0905 |
| 16851541 | + Email/Text: bankruptcydepartment@tsico.com | Nov 22 2022 22:53:00 | TSI, 500 Virginia Deive, Suite 514, Fort Washington PA 19034-2733 |
| 16851542 | + Email/Text: accounts.receivable@uline.com | Nov 22 2022 22:53:00 | ULINE, PO BOX 88741, Chicago IL 60680-1741 |
| 16851543 | + Email/Text: bankruptcynotices@sba.gov | Nov 22 2022 22:52:00 | US SMALL BUSINESS ADMINISTRATION, 409 3RD STREET, SW, Washington DC 20416-0005 |
| 16851546 | + EDI: WFFC2 | Nov 23 2022 03:43:00 | WELLS FARGO, P.O. BOX 29482, Phoenix AZ 85038-9482 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16851491 | | CASESPICES, NO. 1 BLDG, HUAFENG SCIENCE & TECH PARK, GONGHE INDUSTRY RD, XIXIANG, BAOAN |
| 16851529 | | SHENZHEN SENYU PACKAGE CO, BLOCK T 302, NO 1 RUIJI RD, LONGGANG DISTRICT, SHENZHEN PRC 518116 |
| 16851531 | | SINOSURE, 5TH FLOOR, NO. 2 OFFICE BLDG NO 145, SHANGJIANG RD DEVELOPMENT ZONE, WENZHOU, CHIN |
| 16851537 | | THE CASERY INC. |
| 16851539 | | TOP DRAWER, CLARION EVENTS LIMITED, 69-79 BEDFORD HOUSE, FULHAM HIGH STREET, LONDON SW6 3JW |
| 16851493 | ##+ | COMPLETE BUSINESS SOLUTIONS GROUP, DBA PAR FUNDING, 22 N 3RD STREET, Philadelphia PA 19106-2113 |
| 16851499 | ##+ | EXACT STAFF, 21031 VENTURA BLVD, STE 501, Woodland Hills CA 91364-2231 |
| 16851509 | ##+ | HAWKE MEDIA, 2231 S BARRINGTON AVE, Los Angeles CA 90064-1205 |
| 16851510 | ##+ | INT EXPRESS, 4955 STEPTOE ST., #600, Las Vegas NV 89122-1927 |
| 16851514 | ##+ | MARSHALL MINTZ, MINTZ LAW GROUP, 11400 W. OLYMPIC BLVD., STE. 200, Los Angeles CA 90064-1584 |
| 16851538 | ##+ | THE LIONS, 55 NEW MONTGOMERY, STE 216, San Francisco CA 94105-3421 |

TOTAL: 5 Undeliverable, 0 Duplicate, 6 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HAROLD 2 CAMPBELL | on behalf of Debtor MATTHEW JOHN ALAN HARLOW heciii@haroldcampbell.com dharwood@haroldcampbell.com,Danielle@haroldcampbell.com |
| STANLEY J KARTCHNER | trustee@aztrustee.com  skartchner@ecf.axosfs.com,michelle.duron@aztrustee.com,sunny.duron@aztrustee.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1: | MATTHEW JOHN ALAN HARLOW<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–7930<br>EIN: 30-0969290 |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter:  7  11/22/22 |
| Case number: | 4:22–bk–07803–SHG | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | MATTHEW JOHN ALAN HARLOW | |
| 2. | **All other names used in the last 8 years** | fdba THE CASERY, INC., fdba MATTHEW HARLOW INC. | |
| 3. | **Address** | 3357 N. COUNTRY CLUB RD. #28<br>TUCSON, AZ 85716 | |
| 4. | **Debtor's attorney**<br>Name and address | HAROLD 2 CAMPBELL<br>HAROLD E. CAMPBELL, P.C.<br>910 W McDOWELL RD<br>PHOENIX, AZ 85007 | Contact phone 480–839–4828<br>Email: heciii@haroldcampbell.com |
| 5. | **Bankruptcy trustee**<br>Name and address | STANLEY J KARTCHNER<br>7090 N ORACLE RD #178–204<br>TUCSON, AZ 85704 | Contact phone 520–742–1210<br>Email: trustee@aztrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

| 6. | Bankruptcy clerk's office | U.S. Bankruptcy Court, Arizona | Office Hours: |
| --- | --- | --- | --- |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 38 S. Scott Avenue Tucson, AZ 85701−1704 | 8:30 am − 4:00 pm Monday−Friday  Contact Phone: (520) 202−7500  Date: 11/22/22 |
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 10, 2023 at 10:00 AM**  **BY TELEPHONE**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: STANLEY J KARTCHNER  Call in number: 866−741−7662  Passcode: 2709295 |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/13/23** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.  Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**  page **2**