United States Bankruptcy Court
District of Arizona

In re:                                                       Case No. 22-07803-SHG

MATTHEW JOHN ALAN HARLOW               Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                          User: admin                                Page 1 of 3
Date Rcvd: Mar 21, 2023                  Form ID: 318                             Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MATTHEW JOHN ALAN HARLOW, 3357 N. COUNTRY CLUB RD. #28, TUCSON, AZ 85716-1366 |
| 16851477 | #+ | ADEEDO, 8599 VENICE BLVD., Los Angeles CA 90034-2554 |
| 16851478 | | AFANG SOONLEADER, 23# 3RD ROAD, PUXINHU,, CENTER BUSINESS STREET, TANGXIA TOWN, DONGGUAN, GONGGUAN CHINA |
| 16851479 | | AFS/IBEX A DIVISION OF METABANK, P.O. BOX 100045, Pasadena CA 91189-0030 |
| 16851480 | + | ALAN KEMPNER, 7415 E. LINCOLN DR., Scottsdale AZ 85250-4636 |
| 16851481 | + | AMAZON STORE, C/O ALTUS RECEIVABLES MANAGEMENT, 2400 VETERANS MEMORIAL BLVD. STE. 300, Kenner LA 70062-8725 |
| 16851484 | + | ATHENS, 14048 E. VALLEY BLVD., CITY OF INDUSTRY CA 91746-2801 |
| 16851485 | + | BEST OF SHOW, 7750 NE SPANISH TRAIL CT, Boca Raton FL 33487-1718 |
| 16851486 | + | BRANDWISE, 12596 W. BAYAUD AVE. STE. 100, LAKEWOOD CO 80228-2035 |
| 16851487 | + | CALCOMP, 6703 INTERNATIONAL AVE., Cypress CA 90630-5112 |
| 16851488 | | CAPITAL ONE, P.O. BOX 503. STN. D, SCARBOROUGH, ON M1R 5L 1 |
| 16851490 | + | CARUSO, 101 THE GROVE DRIVE, Los Angeles CA 90036-6221 |
| 16851492 | | CLEARBANC, 33 YONGE ST, SUITE 1100, TORONTO, ON M5E 0A9 |
| 16851494 | + | CONSUMER TECHNOLOGY ASSOCIATION, 1919 S. EADS STREET, Arlington VA 22202-3028 |
| 16851495 | + | COTTONWOOD TUCSON, 4110 SWEETWATER DR, Tucson AZ 85745-9348 |
| 16851496 | + | DHL EXPRESS (USA) INC, 16592 COLLECTIONS CENTER DR., Chicago IL 60693-0001 |
| 16851497 | + | DiCENTRAL, 1199 NASA PKWY, STE 101, Houston TX 77058-3301 |
| 16851498 | + | ESPRIT MARINA DEL REY, 13900 MARQUESAS WAY, Marina Del Rey CA 90292-6023 |
| 16851500 | + | EXPRESS STAFFING, 6245 BRISTOL PKWY, Culver City CA 90230-6903 |
| 16851501 | + | EXPRESS TRADE, 1410 BROADWAY, STE 2600, New York NY 10018-5007 |
| 16851502 | + | FEDEX, 200 N PACIFIC COAST HWY, STE 800, El Segundo CA 90245-5622 |
| 16851503 | + | FINNEGAN HENDERSON FARABOW, GARRETT & DUNNER, 901 NEW YORK AVENUE NW, Washington DC 20001-4435 |
| 16851504 | | FOX ROTHSCHILD LLP, 2000 MARKET STREET, 20TH FLOOR, Philadelphia PA 19103-3291 |
| 16851506 | | GIN YOUNG GROUP/SUCCESS LUCK INTL., 23742 NO.79 ZHENGYI ST., SANSIA DIST. NEW TAIPEI CITY, TAIWAN |
| 16851507 | #+ | GURSTEL LAW FIRM P.C., 3914 MURPHY CANYON RD. #A 162, San Diego CA 92123-4415 |
| 16851508 | + | H. MARSHALL HENNINGTON, 759 LAKESHORE DRIVE, Brookeland TX 75931-6260 |
| 16851511 | + | IOU FINANCIAL, INC, 600 TOWNPARK LN, SUITE 100, Kennesaw GA 30144-3736 |
| 16851512 | + | LADWP, P.O. BOX 30808, Los Angeles CA 90030-0808 |
| 16851513 | + | LAW OFFICE OF RICHARD A GROSSMAN, P.O. BOX 343, Simi Valley CA 93062-0343 |
| 16851514 | + | MARSHALL MINTZ, MINTZ LAW GROUP, 11400 W. OLYMPIC BLVD., STE. 200, Los Angeles CA 90064-1584 |
| 16851515 | + | MICHAEL & ASSOCIATES, PC, 555 ST. CHARLES DRIVE, STE. 204, Thousand Oaks CA 91360-3992 |
| 16851516 | + | NETSUITE, BANC OF AMERICA LEASING & CAPITAL LLC, 2600 WEST BIG BEAVER, STE. 200, Troy MI 48084-3323 |
| 16851518 | + | ONE PIERCE PLACE, STE 700, Itasca IL 60143-1253 |
| 16851519 | #+ | OPENTEXT, 2440 SAND HILL ROAD STE 301 & 302, Menlo Park CA 94025-6900 |
| 16851520 | + | PAX, 9528 RUSH ST. #C, South El Monte CA 91733-1551 |
| 16851523 | | PURE LONDON TRADE SHOW/THE STUDIOS, 2 KINGDOM STREET, W2 6JG, LONDON, UNITED KINGDOM |
| 16851525 | + | REVEEL, 4521 CAMPUS DR., STE. 400, Irvine CA 92612-2621 |
| 16851526 | + | RIVAL SOURCING LLC, 105 N FULTON ST, Ojai CA 93023-2883 |
| 16851527 | | SCOTTSDALE EMERG ASSOC, LTD, PO BOX 98601, Las Vegas NV 89193-8601 |
| 16851528 | | SHENZHEN GK TECHNOLOGY CO, 2F/A1 BLDG BLUE SKY TECHNOPARK LOUGANG R, SONGGANG TOWN, SHENZHEN, CHINA 518105 |

| | | |
|---|---|---|
| 16851530 | | SHOPIFY CAPITAL, 150 ELGIN STREET, 8TH FLOOR, OTTAWA, ONTARIO CANANDA K2P 1LA |
| 16851532 | | SOCAL GAS, P.O. BOX 1626, Monterey Park CA 91754-8626 |
| 16851533 | | SPECTRUM, MCCARTHY BURGESS AND WOLF, 26000 CAMMPM RD, Bedford OH 44146 |
| 16851534 | + | STAFFMARK INVESTMENT LLC, P.O. BOX 734575, Chicago IL 60673-4575 |
| 16851535 | + | SWIFT HARVEST USA, LLC, P.O. BOX 343, Simi Valley CA 93062-0343 |
| 16851536 | + | SYNCWARE, 1901 PROSPECTOR AVE. #24, Park City UT 84060-7320 |
| 16851540 | + | TSC AGENCY LLC, 140 HORTON DRIVE, Monsey NY 10952-2887 |
| 16851544 | + | VIACOM, 1515 BROADWAY, New York NY 10036-8901 |
| 16851545 | | WATERLOGIC AMERICAS LLC, P.O. BOX 67786, Dallas TX 75267-7867 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QSJKARTCHNER.COM | Mar 22 2023 02:57:00 | STANLEY J KARTCHNER, 7090 N ORACLE RD #178-204, TUCSON, AZ 85704-4333 |
| smg | | EDI: AZDEPREV.COM | Mar 22 2023 02:57:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Mar 21 2023 23:12:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 16851482 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2023 23:20:01 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso TX 79998-1537 |
| 16851483 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2023 23:20:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 16851489 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 21 2023 23:11:00 | CARMAX, P.O. BOX 440609, Kennesaw GA 30160 |
| 16851505 | + | Email/Text: Brianna@gogc.com | Mar 21 2023 23:12:00 | GENEVA CAPITAL, 1311 BROADWAY STREET, Alexandria MN 56308-2533 |
| 16851517 | | Email/Text: bankruptcy@ondeck.com | Mar 21 2023 23:12:00 | ON DECK CAPITAL, 1400 BROADWAY, 25TH FLOOR, New York NY 10018-5225 |
| 16851521 | + | EDI: RMSC.COM | Mar 22 2023 02:57:00 | PAYPAL CAPITAL, ATTN: EXECUTIVE ESCALATION, P.O. BOX 5018, Lutherville Timonium MD 21094-5018 |
| 16851522 | | EDI: PRA.COM | Mar 22 2023 02:57:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 16851524 | + | Email/Text: ngisupport@radiusgs.com | Mar 21 2023 23:11:00 | RADIUS GLOBAL SOLUTIONS, PO BOX 390905, Minneapolis MN 55439-0905 |
| 16851541 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 21 2023 23:12:00 | TSI, 500 Virginia Deive, Suite 514, Fort Washington PA 19034-2733 |
| 16851542 | + | Email/Text: accounts.receivable@uline.com | Mar 21 2023 23:12:00 | ULINE, PO BOX 88741, Chicago IL 60680-1741 |
| 16851543 | + | Email/Text: bankruptcynotices@sba.gov | Mar 21 2023 23:11:00 | US SMALL BUSINESS ADMINISTRATION, 409 3RD STREET, SW, Washington DC 20416-0005 |
| 16851546 | + | EDI: WFFC2 | Mar 22 2023 02:57:00 | WELLS FARGO, P.O. BOX 29482, Phoenix AZ 85038-9482 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16851491 | | CASESPICES, NO. 1 BLDG, HUAFENG SCIENCE & TECH PARK, GONGHE INDUSTRY RD, XIXIANG, BAOAN |
| 16851529 | | SHENZHEN SENYU PACKAGE CO, BLOCK T 302, NO 1 RUIJI RD, LONGGANG DISTRICT, SHENZHEN PRC 518116 |
| 16851531 | | SINOSURE, 5TH FLOOR, NO. 2 OFFICE BLDG NO 145, SHANGJIANG RD DEVELOPMENT ZONE, WENZHOU, CHIN |
| 16851537 | | THE CASERY INC. |
| 16851539 | | TOP DRAWER, CLARION EVENTS LIMITED, 69-79 BEDFORD HOUSE, FULHAM HIGH STREET, LONDON SW6 3JW |
| 16851493 | ##+ | COMPLETE BUSINESS SOLUTIONS GROUP, DBA PAR FUNDING, 22 N 3RD STREET, Philadelphia PA 19106-2113 |
| 16854451 | ##+ | Complete Business Solutions Group Inc./Receiver, 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 16851499 | ##+ | EXACT STAFF, 21031 VENTURA BLVD, STE 501, Woodland Hills CA 91364-2231 |
| 16851509 | ##+ | HAWKE MEDIA, 2231 S BARRINGTON AVE, Los Angeles CA 90064-1205 |
| 16851510 | ##+ | INT EXPRESS, 4955 STEPTOE ST., #600, Las Vegas NV 89122-1927 |
| 16851538 | ##+ | THE LIONS, 55 NEW MONTGOMERY, STE 216, San Francisco CA 94105-3421 |

TOTAL: 5 Undeliverable, 0 Duplicate, 6 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 23, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HAROLD 2 CAMPBELL | on behalf of Debtor MATTHEW JOHN ALAN HARLOW heciii@haroldcampbell.com dharwood@haroldcampbell.com,Danielle@haroldcampbell.com |
| STANLEY J KARTCHNER | trustee@aztrustee.com  skartchner@ecf.axosfs.com,michelle.duron@aztrustee.com,sunny.duron@aztrustee.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | MATTHEW JOHN ALAN HARLOW<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7930<br>EIN   30-0969290 |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of Arizona | | |
| Case number:   4:22–bk–07803–SHG | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

MATTHEW JOHN ALAN HARLOW
fdba THE CASERY, INC., fdba MATTHEW HARLOW INC.

3/21/23

**By the court:** Scott H. Gan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2